John W. FISHBACK, Plaintiff—Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Unknown Employees, Former Employees, Contractors, Former Con-

tractors Thereof, in their individual and official capacities; Office Inmate Health Services, Unknown Employees, Former Employees, Contractors, Former Contractors thereof, in their individual and official capacities; John A. Rowley, Acting Deputy Commissioner for the Department of Public Safety and Correctional Services, in his individual and official capacities; G. Lawrence Franklin, Deputy Secretary for Department of Public Safety and Correctional Services, in his individual and official capacities; Mary Ann Saar, Former Secretary for Department of Public Safety and Correctional Services, in her individual capacities; Walter Wirsching, Director: Office of Inmate Health Services, in his individual and official capacities; Richard B. Rosenblatt, Assistant Secretary Treatment Services: Department of Public Safety and Correctional Services, in his individual and official capacities; Mary L. Livers, Ph.d., Deputy Secretary for the Department of Public Safety and Correctional Services, in her individual and official capacities; Susan D. Dooley, Director, Division of Financial Services, Department of Public Safety and Correctional Services, in her individual and official capacities; Joseph M. Perry, Inspector General for the Department of Public Safety and Correctional Services, in his individual and official capacities; Barbara Y. Alunans, Deputy Chief of Staff, in her individual and official capacities; Kathleen Green, Acting Warden for the Eastern Correctional Institution, a prison of the Division of Corrections, in her individual and official capacities; Tanya Sample, Former appointment consult coordinator, in her individual and official

capacities; Correctional Medical Systems, Incorporated, in its individual and official capacities; Correctional Medical Systems, Incorporated, Unknown Employees, Former Employees, Contractors, Former Contractors thereof; Prison Health Service, Incorporated, Unknown former employees, former contractors thereof; Reddick Lane, Dr., in her individual capacities; Asresahegn Getachew, Dr., in his individual capacities; O. Odunsi, Dr.; John Newby, Dr., Former Baltimore Assistant Regional of Correctional Medical Systems or Prison Health Services, Incorporated, Manager Prison Health Services Baltimore sentence, in his individual capacities; J. Reddick, Acom, Health Care Administrator Eastern show for Department of Public Safety and Correctional Services, in his individual and official capacities; David Mathis, Dr., Health Care Administrator at Eastern Correctional Institution, a prison of the Department of Public Safety and Correctional Services, in his individual and official capacities; Aster Berhane, Dr., former, regional medical director for Easternshore prisons, in his individual and official capacities; Wexford Health Sources, Incorporated, in its individual and official capacities; Unknown Employees, Former Employees, Contractors, Former Contractors thereof, in their individual and official capacities; Correct RX, Incorporated, in its individual and official capacities; Correct RX Pharmaceutical Company, unknown employees, former employees, contractors, former contractors thereof, in their individual and official capacities; University of Maryland Medical System, in its individual capacities; University of Maryland

Medical System, unknown employees, former employees, contractors, former contractors thereof, in their individual capacities; Anand Murthi, Dr., M.D., Orthopedic Specialist Surgeon Contractor for Department of Public Safety and Correctional Services, in his individual capacities; Berry, Dr., in his individual capacities; Kevin Johnson, Dr., Ph.d., in his individual and official capacities; Adams, Correctional Officer, A.C.O. 2 at Eastern Correctional Institution, in his individual capacities; J. Brown, Correctional Officer, in his individual capacities; Patrick Rosengotti, Correctional Officer, in his individual capacities; Dinterman, Correctional Officer, in his individual capacities; Mears, Lt., in his individual capacities; R. Byrd, Correctional Officer, in his individual capacities; Bruce Ford, Ph.d., in his individual capacities; Dotson, Warden, in his individual capacities; Bruce Ford, P.A., Defendants—Appellees.

No. 08–8128.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2009.

Decided: May 8, 2009.

John W. Fishback, Appellant Pro Se. Phillip M. Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Fishback appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny the motions for appointment of counsel and affirm for the reasons stated by the district court. *See Fishback v. Department of Pub. Safety & Corr. Serv.,* No. 1:07–cv–01883–JFM (D.Md. Sept. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*